Randall SALTERS, Plaintiff–Appellant,

v.

Ken BUTLER; Erica M. Greenberg; Billy Sanders; North Carolina Prisoner Legal Services, Incorporated, Defendants–Appellees.

No. 06–7842.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 24, 2007.

Randall Salters, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Salters appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Salters v. Butler,* No. 5:06–ct–3073–H (E.D.N.C. Oct. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*